UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : CHAPTER 11 |
| LAWRENCE SCHIFF SILK MILLS, INC., | : BANKRUPTCY NO. 16-12396 (JKF) |
| Debtor. | : |
| WILLIAM G. SCHWAB, AS CHAPTER 11 TRUSTEE, | : ADV. PRO. NO. 16-00461 (JKF) |
| Plaintiff, | : |
| v. | : |
| THE TRAVELERS COMPANIES, INC., | : |
| Defendant. | : |

**ORDER GRANTING MOTION OF WILLIAM G. SCHWAB, AS CHAPTER 11 TRUSTEE, FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING SETTLEMENT OF <u>CLAIM AGAINST THE TRAVELERS COMPANIES, INC.</u>**

AND NOW, this ____ day of _____, 2016, upon consideration of the motion (the "Motion") of William G. Schwab (the "Trustee"), as Chapter 11 trustee of the above-captioned debtor (the "Debtor"), for an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving the settlement of the estate's claims against The Travelers Companies, Inc., and upon any objections or responses to the relief requested therein, and after notice and an opportunity for hearing, and good cause appearing for the relief requested in the Motion, it is hereby

ORDERED, pursuant to Federal Rule of Bankruptcy Procedure 9019, that the Motion be and hereby granted; and it is further

ORDERED, in accordance with the foregoing, that the settlement agreement annexed to the Motion as Exhibit "A" is hereby approved.

**Date: March 10, 2017**

JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Jeffrey Kurtzman, Esquire
Kurtzman | Steady, LLC
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147

George Conway, Esquire
Office of United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Josef W. Mintz, Esquire
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA

Richard M. Beck, Esquire
Corrinne Samler Brennan
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

William Kiesling, Esquire
CSS Industries, Inc.
1845 Walnut Street
Philadelphia, PA 19103

Julio Mendoza, Jr., Esquire
Nexsen Pruet, LLC
1230 Main Street, Suite 700
P.O. Drawer 2426
Columbia, SC 28202

Mary C. Duffy Boardman, Esquire
Senior Counsel
The Travelers Companies, Inc.
1 Tower Square, 0000-08MSA
Hartford, CT  06183